IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHNNY GREENWOOD, JR., § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | CAUSE NO. 1:20-CV-566-LY |
| TEACHERS RETIREMENT SYSTEM § | |
| OF TEXAS, § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing Plaintiff Johnny Greenwood, Jr.'s claims against Defendant Teachers Retirement System of Texas with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that Teachers Retirement System of Texas is awarded costs of court.

SIGNED this _6th_ day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE